*Jere M. Moore,* for plaintiff in error.

*J. B. Wall, solicitor-general,* contra.

---

### 15958.   WIGGINS *v.* THE STATE.

BROYLES, C. J.   The venue of the offense was sufficiently proved, the evidence authorized the verdict, and none of the grounds of. the amendment to the motion for a new trial shows reversible error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Indictment for manufacture of liquor; from Dooly superior court—Judge Crum.   September 6, 1924.

*Jere M. Moore,* for plaintiff in error.

*J. B. Wall, solicitor-general,* contra.

---

### 15959.   COLLINS *v.* THE STATE.

LUKE, J.   The evidence amply authorized the defendant's conviction of violating the prohibition statute.   The special grounds of the motion for a new trial are without merit.   The court properly overruled the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of possession of liquor; from city court of Metter—Judge Lanier.   September 30, 1924.

*Kirkland & Kirkland,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.